1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
4  Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP INC.;
7  CAPITOL RECORDS, INC.; UMG
   RECORDINGS, INC.; and VIRGIN RECORDS
8  AMERICA, INC.
9

10                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  ELEKTRA ENTERTAINMENT GROUP INC.,       CASE NO.
    a Delaware corporation; CAPITOL RECORDS,
14  INC., a Delaware corporation; UMG        **COMPLAINT FOR COPYRIGHT**
    RECORDINGS, INC., a Delaware corporation; **INFRINGEMENT**
15  and VIRGIN RECORDS AMERICA, INC., a
16  California corporation,

17                    Plaintiffs,

18       v.

19  JOHN DOE #7,
20                    Defendant.

21

22

23

24

25

26

27

28

Complaint for Copyright Infringement
Case No.
#32484 v1

1

**JURISDICTION AND VENUE**

2    1.    This is a civil action seeking damages and injunctive relief for copyright infringement

3    under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

4    2.    This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal

5    question); and 28 U.S.C. § 1338(a) (copyright).

6    3.    Venue in this District is proper. See 28 U.S.C. §§ 1391(b), 1400(a). Although the

7    true identity of Defendant John Doe #7 ("Defendant") is unknown to Plaintiffs at this time, on

8    information and belief, Defendant may be found in this District and/or a substantial part of the acts

9    of infringement complained of herein occurred in this District. On information and belief, personal

10   jurisdiction in this District is proper because Defendant, without consent or permission of the

11   copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by

12   Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the

13   United States, including this one. In addition, Defendant contracted with an Internet Service

14   Provider ("ISP") found in this District to provide Defendant with the access to the Internet which

15   facilitated Defendant's infringing activities.

16

**PARTIES**

17   4.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and

18   existing under the laws of the State of Delaware, with its principal place of business in the State of

19   New York.

20   5.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the

21   laws of the State of Delaware, with its principal place of business in the State of New York.

22   6.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the

23   laws of the State of Delaware, with its principal place of business in the State of California.

24   7.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing

25   under the laws of the State of California, with its principal place of business in the State of New

26   York.

27   8.    The true name and capacity of Defendant are unknown to Plaintiffs at this time.

28   Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to Defendant

1

Complaint for Copyright Infringement
Case No.
#32484 v1

1   by his or her ISP on the date and time of Defendant's infringing activity. <u>See</u> Exhibit A. Plaintiffs

2   believe that information obtained in discovery will lead to the identification of Defendant's true

3   name.

**COUNT I**

**INFRINGEMENT OF COPYRIGHTS**

6       9.      Plaintiffs incorporate herein by this reference each and every allegation contained in

7   each paragraph above.

8       10.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of

9   exclusive rights under United States copyright law with respect to certain copyrighted sound

10  recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this

11  Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted

12  Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright

13  Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of

14  Exhibit A.

15      11.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the

16  exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted

17  Recordings to the public.

18      12.     Plaintiffs are informed and believe that Defendant, without the permission or consent

19  of Plaintiffs, has continuously used, and continues to use, an online media distribution system to

20  download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies

21  the IP address with the date and time of capture and a list of copyrighted recordings that Defendant

22  has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public.

23  Through his or her continuous and ongoing acts of downloading and/or distributing to the public the

24  Copyrighted Recordings, Defendant has violated Plaintiffs' exclusive rights of reproduction and

25  distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive

26  rights under copyright. (In addition to the sound recordings listed on Exhibit A, Plaintiffs are

27  informed and believe Defendant has, without the permission or consent of Plaintiffs, continuously

28  downloaded and/or distributed to the public additional sound recordings owned by or exclusively

2

Complaint for Copyright Infringement
Case No.
#32484 v1

1   licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of

2   infringement are ongoing.  Exhibit A includes the currently-known total number of audio files being

3   distributed by Defendant.)

4       13.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on

5   each respective album cover of each of the sound recordings identified in Exhibit A.  These notices

6   of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.

7   These published copies were widely available, and each of the published copies of the sound

8   recordings identified in Exhibit A was accessible by Defendant.

9       14.    Plaintiffs are informed and believe that the foregoing acts of infringement have been

10  willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

11      15.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights

12  under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against

13  Defendant for each infringement of each copyrighted recording.  Plaintiffs further are entitled to

14  their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

15      16.    The conduct of Defendant is causing and, unless enjoined and restrained by this

16  Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated

17  or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502

18  and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing

19  Plaintiffs' copyrights, and ordering that Defendant destroy all copies of copyrighted sound

20  recordings made in violation of Plaintiffs' exclusive rights.

21      WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

22      1.    For an injunction providing:

23  "Defendant shall be and hereby is enjoined from directly or indirectly
    infringing Plaintiffs' rights under federal or state law in the
24  Copyrighted Recordings and any sound recording, whether now in
    existence or later created, that is owned or controlled by Plaintiffs (or
25  any parent, subsidiary, or affiliate record label of Plaintiffs)
    ("Plaintiffs' Recordings"), including without limitation by using the
26  Internet or any online media distribution system to reproduce (*i.e.,*
    download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload)
27  any of Plaintiffs' Recordings, except pursuant to a lawful license or
    with the express authority of Plaintiffs.  Defendant also shall destroy
28  all copies of Plaintiffs' Recordings that Defendant has downloaded

3

Complaint for Copyright Infringement
Case No.
#32484 v1

1    onto any computer hard drive or server without Plaintiffs'
     authorization and shall destroy all copies of those downloaded
2    recordings transferred onto any physical medium or device in
     Defendant's possession, custody, or control."

3

4    2.    For statutory damages for each infringement of each Copyrighted Recording

     pursuant to 17 U.S.C. § 504.

5

6    3.    For Plaintiffs' costs in this action.

7    4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

8    5.    For such other and further relief as the Court may deem just and proper.

9

     Dated: September 20, 2007                HOLME ROBERTS & OWEN LLP

10

11

12                                            By: _____
                                                  MATTHEW FRANKLIN JAKSA
13                                                Attorney for Plaintiffs
                                                  ELEKTRA ENTERTAINMENT GROUP
14                                                INC.; CAPITOL RECORDS, INC.; UMG
                                                  RECORDINGS, INC.; and VIRGIN
15                                                RECORDS AMERICA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Complaint for Copyright Infringement
Case No.
#32484 v1

# EXHIBIT A

## JOHN DOE # 7

**IP Address:** 130.212.161.133 2007-03-18 03:39:34 EDT          **CASE ID#** 122246554

**P2P Network:** Gnutella          **Total Audio Files:** 309

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Steel Pulse | Bodyguard | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Beastie Boys | Sure Shot | Ill Communication | 213-461 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| Virgin Records America, Inc. | Ben Harper | Fight for Your Mind | Fight For Your Mind | 210-135 |
| Virgin Records America, Inc. | Ben Harper | Burn One Down | Fight For Your Mind | 210-135 |
| Virgin Records America, Inc. | Ben Harper | Brown Eyed Blues | Diamonds on the Inside | 328-960 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |