AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District of California |
|---|---|
| DOCKET NO.<br>CV 07-04851 CRB | DATE FILED<br>9/20/07 | 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102 |
| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC ET AL | DEFENDANT<br>JOHN DOE #7 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached copy of Complaint and Exhibit A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Maria Loo | DATE<br>September 21, 2007 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

## JOHN DOE # 7

**IP Address:** 130.212.161.133 2007-03-18 03:39:34 EDT         **CASE ID#** 122246554

**P2P Network:** Gnutella                                       **Total Audio Files:** 309

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Steel Pulse | Bodyguard | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Beastie Boys | Sure Shot | Ill Communication | 213-461 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| Virgin Records America, Inc. | Ben Harper | Fight for Your Mind | Fight For Your Mind | 210-135 |
| Virgin Records America, Inc. | Ben Harper | Burn One Down | Fight For Your Mind | 210-135 |
| Virgin Records America, Inc. | Ben Harper | Brown Eyed Blues | Diamonds on the Inside | 328-960 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |