1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP INC.;
7  CAPITOL RECORDS, INC.; UMG
   RECORDINGS, INC.; and VIRGIN RECORDS
8  AMERICA, INC.

9

10                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                              SAN FRANCISCO

12

13 | ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation, | CASE NO. C 07-04851 CRB

Honorable Charles R. Breyer

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs,

v.

JOHN DOE,
           Defendant.

Notice of Dismissal
Case No. C 07-04851 CRB
#33177 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ELEKTRA ENTERTAINMENT GROUP
2  INC., *et al*., by and through their attorneys, voluntarily dismiss without prejudice their copyright
3  infringement claim against Defendant Doe #7, also identified as ID #122246554 with IP address
4  130.212.161.133 2007-03-18 03:39:34 EDT, each party to bear its/his own fees and costs. The Clerk
5  of Court is respectfully requested to close this case.

Dated:  October 11, 2007                              HOLME ROBERTS & OWEN LLP

                                                      By:  __*/s/ Matthew Franklin Jaksa*_____
                                                           MATTHEW FRANKLIN JAKSA
                                                           Attorney for Plaintiffs
                                                           ELEKTRA ENTERTAINMENT GROUP
                                                           INC.; CAPITOL RECORDS, INC.; UMG
                                                           RECORDINGS, INC.; and VIRGIN
                                                           RECORDS AMERICA, INC.